FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

Watney
(Last Name)  (Identification Number)

Dennis Ray
(First Name)  (Middle Name)

Clarke County Jail
(Institution)

444 West Donald St
Quitman MS, 39335
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 25 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

V.   CIVIL ACTION NUMBER: 2:22-cv-104-KS-MTP
(to be completed by the Court)

Clarke County Jail
Tubb Kemp
Berry White
Shelia Johnson

(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓)   No ( )

B. Are you presently incarcerated?
Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes (✓)   No ( )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Dennis R. Latney    Prisoner Number: 157253

Address: 444 West Donald St Quitman MS, 39355

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Berry White / Todd Kemp is employed as Sheiff, Jail Aminstarter Cheif Deauty, at Clarke County Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Dennis Latney    ADDRESS: 444 West Donald St Quitman MS 39355

DEFENDANT(S):

NAME: Sheila Johnson    ADDRESS: 444 West Donald St Quitman MS 39355

NAME: Jackie Sizzon    ADDRESS: 444 West Donald St Quitman MS 39355

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes (✓)   No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

**CASE NUMBER 1.**
1. Parties to the action: Clarke County Jail
2. Court (if federal court, name the district; if state court, name the county): Southern district
3. Docket Number: N/A
4. Name of judge to whom case was assigned: Linda Anderson
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

**CASE NUMBER 2.**
1. Parties to the action: N/A
2. Court (if federal court, name the district; if state court, name the county): N/A
3. Docket Number: N/A
4. Name of judge to whom case was assigned: N/A
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On June 9th 2022 I was brought to the Clarke County Jail since being here my rights have been violated by Jail Adminstator Berry White, Sheriff Todd Kemp, Clerk Shelia Johnson, Maintence Jackie Sisson There is no direct Sunlight in the cells, I have no access to law library, No grievence process, no handbook no sprinkler system in case of fire, no medical personal to handout medince, No heated food cart No access to media, No Access to courts, No displinary board Corperl Punishment, mold And Rust in cells And Shower Took my Canteen, phone And RELIEF visitation Plus put in the hold because Berry white Dont like me, And we only get a medical form once a week. And I still havent been seen

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Whatever the court grant

Signed this 11 day of July, 2022.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dennis R Whitney
Signature of plaintiff